WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNTY COMMISSION
SAN FRANCISCO DISTRICT
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA 98104
TELEPHONE: (206) 220-6853

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 07-405-EJL |
| Plaintiff, | ) ) ) ) | (PROPOSED) CONSENT DECREE |
| v. | ) ) | |
| TREASURE VALLEY MANUFACTURING AND RECYCLING COMPANY | ) ) ) | |
| Defendant. | ) ) ) | |

## I. INTRODUCTION

1.  This action originated with a discrimination charge filed by Julio Cesar Gomez

("Gomez") with the Equal Employment Opportunity Commission ("EEOC"). Gomez alleged

that Treasure Valley Manufacturing and Recycling Company. ("TVM") discriminated against

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 1 of 12

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

him and a class of similarly situated individuals on the basis of their national original (Mexican) when it subjected them to harassment in violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e et seq ("Title VII").

2.    The EEOC sent TVM a Letter of Determination with a finding of reasonable cause that it had violated Title VII.

3.    The Commission filed this lawsuit on September 28, 2007 in the United States District Court for the District of Idaho on behalf of Gomez and a class of similarly situated individuals.

4.    The EEOC and TVM want to conclude all claims arising out of this lawsuit without expending further resources in contested litigation.

## II.  NON-ADMISSION OF LIABILITY AND NON-DETERMINATION BY THE COURT

5.    This Consent Decree is not an admission of wrongdoing or an adjudication or finding on the merits of the case.

### III. SETTLEMENT SCOPE

6.    This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in the Complaint filed herein on behalf of Mr. Gomez and a class of similarly situated individuals by the EEOC.   The terms of this Consent Decree shall apply to employees at all of TVM's facilities.  The Consent Decree resolves all issues and claims arising out of this Complaint and is binding and final as to all such issues and claims.

### IV. JURISDICTION AND VENUE

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 2 of 12

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

7.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  Plaintiff EEOC's action is authorized pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e-5(f)(1) and (3) and 2000e-6 ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.  The employment practices alleged to be unlawful in the EEOC's Complaint filed herein occurred within the jurisdiction of the United States District Court for the District of Idaho.

## V. <u>DEFINITION OF TERMR</u>

For the purposes of this Consent Decree, the following definitions shall apply:

8.      "The Effective Date of the Consent Decree" is the date the United States District Court for the District of Idaho enters the Consent Decree and (Proposed) Order of Dismissal.

9.      Unless otherwise indicated, the word "days" refers to calendar days.

10.     "Formal or Informal Complaints" includes any complaint, whether written or oral, made to a manager or supervisor with the defendant.

## VI. <u>MONETARY RELIEF</u>

11.     In settlement of the EEOC's claims in this lawsuit, TVM agrees to pay Claimants Julio Cesar Gomez and Gustavo Gomez Rodriguez the total lump sum of Forty-Five Thousand and no/100 Dollars ($45,000.) representing compensatory damages.  Said sum shall be made payable and delivered to each claimant pursuant to instructions from the EEOC within 10 days of the date of entry of the Consent Decree and Order of Dismissal.  In consideration for said payment, Claimants agree to execute and deliver to TVM the Releases in the form attached hereto as Exhibits B & C.

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 3 of 12

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## VII. <u>INJUNCTIVE RELIEF</u>

**A.  Compliance with Title VII**

12. TVM shall comply with Title VII. To further this commitment, TVM shall monitor the affirmative obligations of this Consent Decree.

13. TVM shall not retaliate against any employee or witness for opposing a practice deemed unlawful by Title VII or for making a charge, testifying, assisting, or participating in any investigation, proceeding, or hearing associated with this action.

14. In recognition of its obligations under Title VII, TVM shall institute the policies and practices set forth below.

**B.  Retention of a Consultant**

15. TVM with the assistance of legal counsel or a qualified consultant shall adopt a written policy that sets forth its anti-discrimination and harassment policies and reporting mechanisms.

16. The new anti-discrimination policy to be prepared in English and Spanish will be distributed to all current employees, both management and non-management, in TVM's facilities, beginning sixty (60) days after entry of this decree and continuing for the duration of the decree. Distribution to new employees will occur at the time of hire or during the new hire orientation.

17. TVM shall adopt the following "Statement of Zero-Tolerance Policy and Workplace Objectives":

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 4 of 12

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

TVM is firmly committed to developing and maintaining a zero-tolerance policy concerning discrimination, harassment and retaliation against individuals who report unlawful discrimination or harassment in the company's workplace; to swiftly and firmly responding to any acts of wrongful discrimination, harassment or retaliation of which the company becomes aware; to implementing a disciplinary system that is designed to strongly deter future acts of unlawful discrimination, harassment or retaliation; and to actively monitoring its workplace in order to ensure tolerance, respect and dignity for all people in its workplace.

18.     In order to effectuate the objectives embodied in TVM's Statement of Zero-Tolerance Policy and Workplace Objectives and this Decree, TVM shall ensure the following policies, procedures and practices are in effect:

(a)     <u>Complaint Procedures</u>.

> (i)     TVM shall provide its employees with the name, job title, work location, and telephone number of the management employee(s) charged with investigating claims of workplace discrimination.  That information shall also be routinely and continuously posted in English and Spanish.  If the name or designation of the management employee(s) charged with investigating issues of discrimination, harassment, and retaliation changes, TVM shall re-post his or her name, job title, work location, and telephone number.

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 5 of 12

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

  (ii)  TVM shall enable complaining parties to be interviewed by TVM about their complaints in such a manner that permits the complaining party, at such party's election, to remain inconspicuous to all of the employees in such party's work area.  TVM's complaint procedure shall not impose upon individuals seeking to make a complaint alleging discrimination, harassment and/or retaliation any requirements that are more burdensome than are imposed upon individuals who make other complaints of comparable gravity.

  (iii)  TVM shall ensure that its policies and procedures provide that complaint handling and disciplinary procedures regarding all complaints of unlawful discrimination, harassment and/or retaliation are investigated and addressed promptly.  Specifically, TVM shall investigate all complaints of alleged discrimination, harassment and/or retaliation promptly and absent good reason, shall complete investigations within three (3) weeks.  TVM will further make its best effort to prepare its written findings of the results of each investigation and the remedial actions, if any proposed within seven (7) days after completion of the investigation, and shall thereupon promptly communicate to the complaining party the results of the investigation.

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 6 of 12

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

       Such communication will reasonably take into account the privacy of the accused.

    (iv) TVM shall make its best effort to ensure that appropriate remedial action is taken to resolve complaints and to avoid the occurrence of discrimination, harassment and/or retaliation.

(b) <u>Policies Designed To Promote Supervisor Accountability</u>.

    (i) TVM shall impose substantial discipline -- up to and including demotion, suspension without pay or termination upon any supervisor or manager who engages in illegal discrimination or harassment or knowingly permits any such conduct to occur in his or her work area or among employees under his or her supervision, or who retaliates against any person who complains or participates in any investigation or proceeding concerning any such conduct. TVM shall communicate this policy to all of its supervisors and managers.

    (ii) TVM shall periodically advise all managers and supervisors of their duty to actively monitor their work areas to ensure employees' compliance with the company's anti-discrimination and harassment policy, and to report

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 7 of 12

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

      any incidents and/or complaints of illegal discrimination, harassment and/or retaliation of which they become aware to the department charged with handling such complaints.

   (iii) TVM will consider any failure to comply with this policy in evaluating its managers, including when they are being considered for promotions.

(c) <u>Anti-Discrimination and Harassment Training</u>.

   (i) TVM shall provide full-workplace anti-discrimination, harassment and retaliation training in English and Spanish to all employees, including supervisors and management; and to provide training to all persons charged with the handling of complaints of illegal discrimination, harassment and/or retaliation in the workplace, including the techniques for investigating and addressing such problems.  This training shall include issues regarding illegal discrimination and harassment by employees and/or customers or vendors of TVM. The first full-workplace training shall occur within thirty (30) days of the entering of this Consent Decree.  Thereafter, for the duration of this Decree, TVM shall conduct full-workplace training annually.

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 8 of 12

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

       (ii)       TVM shall conduct all training required by this decree through educators, consultants or attorneys experienced in the area of anti-discrimination and harassment training.

       (iii)       TVM shall require the company owner to introduce the annual anti-discrimination and harassment training to communicate TVM's commitment to its Statement of Zero-Tolerance Policy and anti-harassment policy.

### C.    Expunging Records

20.    TVM's management shall not retaliate against Gomez, Rodriguez or any other employee for opposing a practice deemed unlawful by Title VII or for making a charge, testifying, assisting, or participating in any investigation, proceeding, or hearing associated with this action

21.    TVM shall not disclose any information or make references to any charge of discrimination or this lawsuit in responding to employment reference requests for information about Gomez or Rodriguez.  In response to any inquiries, TVM shall provide employment references that include only dates of employment and positions held.  TVM shall provide Gomez and Rodriguez with a reference letter on TVM's letterhead confirming dates of employment, positions held, and final rate of pay.

22.    TVM shall expunge from Gomez's and Rodriguez's personnel files, any references to a charge of discrimination against TVM and this lawsuit.  TVM shall not add any information or references to their personnel files or records regarding his charge of

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 9 of 12

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

discrimination and this lawsuit after such references have been expunged. Files containing information about Gomez and Rodriguez that have been developed during the subject litigation will be maintained in files separate and apart from their personnel files. Any such files shall be maintained by TVM at its business offices, or at the offices of its legal counsel, at TVM's option. TVM shall make Gomez's and Rodriguez's personnel file available for inspection by them either at TVM's facility or at the offices of its legal counsel.

### D.      Reporting

23.     Six months following the entry of this Decree and every twelve months thereafter for the duration of the Decree, TVM shall send the EEOC a written report of individuals (if any) who complained of discrimination, harassment or retaliation during the prior time period, along with an explanation as to any and all actions taken with regards to such complaints.

24.     TVM shall submit a final report to the EEOC Thirty (30) days before the Consent Decree expires containing a statement that it has complied with all the terms of this Consent Decree.

### E.      Posting

25.     Within two (2) weeks after entry of this decree, TVM shall post a notice in the form of <u>Exhibit 1</u> (in English and Spanish) attached to this decree in prominent and conspicuous location(s) in or near the employee cafeteria, lunchroom or other place within defendant's facilities where employees tend to gather. The notice shall remain posted for the duration of this Decree. In the event that the persons and/or departments to whom individuals should make complaints alleging discrimination and/or retaliation change during the term of the

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 10 of 12

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Decree, such that the information contained on the notice is no longer accurate, TVM shall immediately prepare a new notice that contains the correct information. TVM shall thereupon promptly replace the old notices with the revised notices. TVM shall maintain a copy of this decree in its personnel office for any employee who wishes to review it.

## VIII. ENFORCEMENT

26. If the EEOC concludes that TVM has breached this agreement, it may bring an action in the United States District Court for the District of Idaho to enforce this Consent Decree. Before bringing an action for breach of the Decree, the EEOC shall first give TVM (10) days notice. The EEOC and TVM shall use that 10-day period for good faith efforts to resolve the matter.

## IX. RETENTION OF JURISDICTION

27. The United States District Court for the District of Idaho shall retain jurisdiction over this matter for the duration of the Decree.

## X. DURATION AND TERMINATION

28. This Decree shall be in effect for two (2) years, commencing with the date the Decree is filed. If the EEOC petitions the court for breach of agreement, and the court finds TVM to be in violation of the terms of the Consent Decree, the court may extend this Consent Decree.

## VI. CONCLUSION

29. The provisions of this Consent Decree are not binding on the parties until the

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 11 of 12

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

authorized representatives for the Plaintiff EEOC and TVM sign and the court enters the Consent Decree in the court.

DATED this 19th day of March, 2008.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney<br>San Francisco District Office<br>350 The Embarcadero, Ste. 500<br>San Francisco, CA 94105-1260 | RONALD COOPER<br>General Counsel<br><br>JAMES L. LEE<br>Deputy General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMR<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |

SUBMITTED BY: */s/William Tamayo*
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

| | |
|---|---|
| Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6853 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

BY: */s/Gerald T. Husch*
GERALD T. HUSCH
Moffatt Thomas
US Bank Plaza Building
101 S. Capital Blvd. 10th Fl
Boise, ID 83701-0829
Telephone: (208) 345-2000

Attorneys for Defendant

**EEOC v. TVM Recycling Company**
**(PROPOSED) CONSENT DECREE-** Page 12 of 12

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882